IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

| | |
|---|---|
| DAVID BAYUK, | ) |
| | ) Case No. 1:20-cv-10061-JCB |
| Plaintiff, | ) |
| | ) |
| – vs – | ) |
| | ) |
| MERCANTILE ADJUSTMENT BUREAU, LLC, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, DAVID BAYUK, acting through counsel, gives notice that the above captioned action is voluntarily dismissed WITH PREJUDICE against Defendant MERCANTILE ADJUSTMENT BUREAU, LLC pursuant to a negotiated settlement executed between the parties.

RESPECTFULLY SUBMITTED,

Dated: February 7, 2020

By: */s/ Daniel Ruggiero*
DANIEL RUGGIERO
Attorney for Plaintiff
The Law Office of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA, 02466
P: (339) 237-0343
E: DRuggieroEsq@gmail.com
Attorney for Plaintiff David Bayuk

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2020, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was served upon the following:

Via E-Mail:

Daniel A. Frisicaro
DFrisicaro@mercantilesolutions.com

Via U.S. Mail:

Mercantile Adjustment Bureau, LLC
165 Lawrence Bell Drive, Suite 100
Williamsville, NY 14221

>By: */s/ Daniel Ruggiero*
>DANIEL RUGGIERO
>Attorney for Plaintiff
>The Law Office of Daniel Ruggiero
>275 Grove St., Suite 2-400
>Newton, MA, 02466
>P: (339) 237-0343
>E: DRuggieroEsq@gmail.com
>Attorney for Plaintiff David Bayuk